

ORIGINAL

FILED

05/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

FILED

MAY 03 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE PETITION OF
DONNA B. DIXON

O R D E R

Donna B. Dixon has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Dixon's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken within three years preceding the date of the application for admission. Rule VII.A.9, Rules of Admission.

Dixon passed the MPRE in 1990 when seeking admission to the practice of law in Wyoming. Dixon is currently admitted to the State Bar of Wyoming. The petition states that Dixon has practiced law for 28 years "without any ethical or disciplinary issues in any jurisdiction where licensed or where admitted *pro hac vice*." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Donna B. Dixon to waive the three-year test requirement for the MPRE for purposes of Dixon's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 3rd day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices